**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | | |
|---|---|---|
| PETER CANAVAN NEWBERRY, | : | |
| | : | |
| Plaintiff, | : | CASE NO:  2:13-cv-00216 |
| | : | |
| v. | : | |
| | : | |
| MARC H. SILVERMAN, D.D.S., et al., | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF FILING PROPOSED ORDER**

Now come the Defendants, Mark H. Silverman, D.D.S. and Silverman Dental, LLC ("Defendants"), by and through counsel, and hereby file their proposed Order granting Defendants' Motion to Dismiss for Lack of Personal Jurisdiction.

Respectfully submitted,

/s/ John M. Dunn
John M. Dunn (90543)
Michael M. Mahon (95208)
Danny M. Newman, Jr. (89711)
Reminger Co., LPA
250 Grandview Dr., Suite 550
Ft. Mitchell Kentucky 41017
Telephone: 859-426-3662
Fax: 859-283-6074
E-mail: jdunn@reminger.com
          mmahon@reminger.com
          dnewman@reminger.com
*Counsel for Defendants*

1

CERTIFICATE OF SERVICE

        This is to certify that on December 11, 2013, I served the foregoing via regular U.S. mail,

postage prepaid, upon the following:

Peter Canavan Newberry
1217 Criswell Road
Berry, Kentucky 41003
Pro Se Plaintiff

                                                 /s/ John M. Dunn
                                                 John M. Dunn