**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | | |
|---|---|---|
| PETER CANAVAN NEWBERRY, | : | |
| | : | |
| Plaintiff, | : | CASE NO:  2:13-cv-00216 |
| | : | |
| v. | : | |
| | : | |
| MARC H. SILVERMAN, D.D.S., et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF**
**PERSONAL JURISDICTION**

This matter came before the Court upon the Defendants, Mark H. Silverman, D.D.S.'s and Silverman Dental, LLC's, Motion to Dismiss for Lack of Personal Jurisdiction.  Upon consideration of Defendants' Motion to Dismiss, this Court finds the Motion well-taken, and the same is hereby GRANTED.  Plaintiff's Complaint is hereby DISMISSED for lack of personal jurisdiction over these Defendants.  This is a final appealable order.  Copies of this Entry shall be served upon all counsel of record.

**IT IS SO ORDERED.**

_____
Magistrate Candace Smith