## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

Peter C. Newberry,
    Plaintiff

vs.                                          Case No. 1:14-cv-313

Marc H. Silverman, DDS, et al.,
    Defendants

## JUDGMENT

| | |
|---|---|
| **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts. |
| **X**   **Decision by Court:** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

    **IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss is **GRANTED**. Plaintiff's claims are dismissed with prejudice.

Date: August 18, 2014                         John P. Hehman, Clerk

                                                                      By: s/Mary C. Brown
                                                                       Mary C. Brown, Deputy Clerk