UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| PETER CANAVAN NEWBERRY : | |
| : | |
| Plaintiff, : | |
| : | Case No. 1:14-cv-313 |
| vs. : | |
| : | JUDGE SANDRA S. BECKWITH |
| : | |
| MARC H. SILVERMAN, D.D.S., et al. : | Magistrate Stephanie K. Bowman |
| : | |
| Defendants. : | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Peter Canavan Newberry hereby appeals to the United States Court of Appeals for the Sixth Circuit from an Order Granting Defendants' Motion to Dismiss entered in this action on the 18th day of August, 2014.

Respectfully Submitted,

_____
Peter Canavan Newberry, *Pro Se*
1217 Criswell Road
Berry, Kentucky 41003
Direct Dial: (513) 608-4312
E-Mail: peter.newberry@fuse.net

I hereby certify that on the ____4th____ day of September, 2014, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to Defendants' attorneys of record: John M. Dunn, Esq., Michael M. Mahon, Esq., and Danny M. Newman, Jr., Esq., REMINGER CO., L.P.A., 525 Vine Street, Suite 1700, Cincinnati, Ohio 45202.

_____
Peter Canavan Newberry, *Pro Se*

1